**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ronald L. Walker, Jr. |
| Debtor 2 (Spouse, if filing) | Crystal A.M. Walker |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 2:14-bk-56823 |

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 1 7

**Property address:** 584 Peak Court
Number    Street

Reynoldsburg    OH    43068
City    State    ZIP Code

**Court claim no.** (if known): 11-2

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  Ronald L. Walker, Jr.  
  First Name   Middle Name   Last Name

Case number (*if known*) 2:14-bk-56823

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons  
Signature

Date 12/18/2019

Print  Molly Slutsky Simons  
  First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  394 Wards Corner Road, Suite 180  
  Number    Street

Loveland    OH    45140  
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 2:14-bk-56823 |
| Ronald L. Walker, Jr.<br>Crystal A.M. Walker | Chapter 13 |
| Debtor(s). | Judge John E. Hoffman, Jr. |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served **electronically** on December 18, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on December 18, 2019 addressed to:

Ronald L. Walker, Jr., Debtor
Crystal A.M. Walker, Debtor
584 Peak Court
Reynoldsburg, OH 43068

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor